**Dismissed and Memorandum Opinion filed July 15, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00323-CV

---

## RICHARD POWELL, Appellant

### V.

## YOEN NAVARETTE CARDENAS, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1012724**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 27, 2014. The notice of appeal was filed April 25, 2014. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Tex. Gov't Code Ann. § 51.207.

On June 5, 2014, this court ordered appellant to pay the appellate filing fee on or before June 20, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.